

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00082-CV

TROY WIGLEY,

Appellant

v.

BRIAN COLLIER, ET AL,

Appellees

From the 12th District Court
Walker County, Texas
Trial Court No. 1728482

## ORDER

Troy E. Wigley, a prison inmate, is appealing the dismissal of his lawsuit. His appellate brief was filed on March 19, 2018.

The appellate record has not yet been filed and is not due to be filed until April 16, 2018. Thus, Wigley's brief does not, and cannot, cite to the appellate record as required by Rule 38.1 of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 38.1(i).

Accordingly, Wigley's brief is stricken without prejudice to the filing of a brief within 30 days after the appellate record has been filed, *see* TEX. R. APP. P. 38.6(a), and with appropriate citations to the record.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Brief stricken
Order issued and filed March 28, 2018

